[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

— Cert. Mail # 7022 0410 0000 6630 4832 —

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Oceanus Perry
(C/o # 65754-061)

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____24-50161_____
(To be supplied by the Clerk of this Court)

THOMSON-SMU WARDEN (GONZALES);
N. CENTRAL REGIONAL DIRECTORS (ANDRÉ
MATEVOUSIAN); H. SERVICES ADMIN.
(TIMOTHY MOSIANT); NURSES (B. TAYLOR;
CHASITY BUNGARD; C. WIEMERA); E.M.T.
(K. LETCHER); DENTAL STAFF; JANET
SEDLACK-DDS; DONALD ROSS-DMD/
RDO; K. POPE -RDH; M. HUGHES-
RDH; RICK VACCARELLO -DDS/
NCR; UNKNOWN STAFF MEMBERS.

**RECEIVED**

APR 29 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

√ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

+ ALL FACTUAL STATEMENT(S) HEREIN MADE UNDER PENALTY OF PERJURY (28 §1746
(( MEDICAL RECORDS ATTACHED AS EXHIBITS)).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. Defendant: Ms. B. Taylor
Title : Nurse
Employment: Thomson-SMU

E. Defendant: Chasity Bungard
Title: Nurse
Employment: Thomson-SMU

F. Defendant: Ms. C. Wiemera
Title : Nurse
Employment: Thomson-SMU

G. Defendant: Ms. K. Letcher
Title: E.MT,
Employment: Thomson-SMU

H. Defendant: Ms. Janet Sedlack
Title: Dentist
Employment: Thomson-SMU

I. Defendant: Mr. Donald Ross
Title: Dentist
Employment: Thomson-SMU

J. Defendant: Ms. K. Pope
Title : Dental Hygienist
Employment: Thomson-SMU

— Contin. pg. —
(b-A)

K. Defendant: Ms. M. Hughes
   Title: Dental Hygienist
   Employment: Thomson - SMU

L. Defendant: Rick Vaccarello
   Title: DDS/NCR
   Employment: Thomson - SMU

— Contin. Pg. —
(3-A)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.      **Plaintiff(s):**

A.      Name: OCEANUS PERRY

B.      List all aliases:

C.      Prisoner identification number: 65754-061

D.      Place of present confinement: U.S. PENITENTIARY — COLEMAN 1

E.      Address: P.O. BOX 1033 / COLEMAN, FLORIDA 33521

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.     **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.      Defendant: MR. GONZALES

Title: WARDEN

Place of Employment: THOMSON-SMU

B.      Defendant: MR. ANDRE MATEVOUSIAN

Title: REGIONAL DIRECTOR (N. CENTRAL REGIONAL OFFICE)

Place of Employment: N. CENT. REGIONAL OFFICE

C.      Defendant: MR. TIMOTHY MOISANT

Title: HEALTH SERVICES ADMINISTRATOR

Place of Employment: THOMSON — SMU

(If you have more than three defendants, then all additional defendants must be listed. according to the above format on a separate sheet of paper.)

2                                                              Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Oceanus Perry v. Vanessa Garcia, et al. 21-CV-50246

B. Approximate date of filing lawsuit: July, 2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court - N. District of Illinois

F. Name of judge to whom case was assigned: Iain D. Johnston

G. Basic claim made: Excessive Use of Force ; Deliberate Indifference to Serious Medical Needs

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                                 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

DENIAL OF ADEQUATE MEDICAL CARE (DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS) - EIGHT AMENDMENT Vio.

* As a result of Federal Bureau Of Prisons staff's failure to timely and also adequately treat my complications with Tooth-#3, the result was my loosing Tooth-#3, excessive and prolonged pain, bone loss, and psychological trauma (anixety, loss of sleep, loss of weight, et cetera).

I continually and repeatedly made all named staff aware of my complications, degree of pain, and requested immediate assessment and treatment which I was denied. I utilized the institutional "sick-call" procedures which were inadequate and non-compliant with (F.B.O.P.) Policy (Health Services Quality Improvement - P6010.30) and statute [Title 18 U.S. Code, Section 4042(a) - "Duties Of F.B.O.P."].

Policy and statute created the duty and supervisory and administrative staff (named) had authority to act to correct

4

Revised 9/2007.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

failures/inadequacies upon being given notice of and failed to do so which creates Liability.

— FACTS GIVING RISE TO CLAIM(S) —

Thomson-SMU. staff's failure to treat (from December, 2020 until May, 2021) led to Tooth-#3 fracture. The May, 2021 dental procedure (performed by Dr. D. Ross) was faulty which led to further damage to tooth #3 (including infection, bone loss, et cetera) which went ignored until August, 2021 where a faulty assessment was given and later admittedly a corrective procedure should have taken place A.S.A.P. . On January 6, 2022 Tooth-3 was removed faultily leaving pieces of tooth/bone protruding from gums which went ignored by staff for several weeks causing pain, loss of sleep and diminished quality of life.

* Tooth #3 was damaged on December 20, 2020 as the result of Inmate O. Perry chewing on a rock/stone placed inside of his Thomson-S.M.U. food tray. Inmate O. Perry immediately notified first-shift correctional officer assigned to C-2 housing unit and later, that day, to medical staff (including Nurse Chasity Bungard). No immediate action being taken on 12/20/2020 or the following day. On 12/21/2020, Inmate O. Perry submitted a dental request, during "AM pill-line", to EMT. Ck.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Letcher) and later, that same day, to Nurse C. Bungard giving notice of damage to tooth-#3 and the pain associated with the tooth. No immediate action was taken after written notice or visual inspection at inmate's cell door by Bungard or Letcher. Daily, Inmate O. Perry submitted medical request describing damage to tooth-#3, pain, loss of sleep, and chewing complications. No action was taken despite again giving notice to medical staff much later, in March of 2021, during Inmate O. Perry's "chronic-care" screening and being escorted to chronic-care by dental staff (M. Hughes) during which time inmate showed tooth-#3 to Hughes who acknowledged complication(s).

Around 5/25/2021, Dentist (Donald Ross) finally performed a procedure on tooth-#3 which occurred after inmate filed grievances. As a result of Doctor (D. Ross) procedure, tooth-#3 was further damaged which included damage to surrounding gum-line causing an infection.

From May 25, 2021, until August 11, 2021, Inmate O. Perry repeatedly submitted both dental and medical requests for treatment and also giving notice of pain, puss, and blood from the site of tooth-#3. Nurse (C. Bungard) and E.M.T. (K. Letcher) admittedly discarded most of Inmate O. Perry's requests for treatment (for no valid grounds) which only contributed to the delay in assessment, treatment, and continued pain experienced by inmate.

Around August 13, 2021, Dental Hygienist (K. Pope) and an unknown staff member assessed Inmate O. Perry's tooth-#3 complications which included a visual inspection, palpatation, and dental x-ray. Hygienist (K. Pope) placed her qualifications to

— contin. pg. —
(5-0)

to perform an assessment into question by stating "after reviewing your X-ray, and looking in your mouth, I do not see anything wrong with tooth-#3 or the surrounding area". (Later review of the X-rays and assessment notes, by dental staff, denote gross error.). Inmate O. Perry immediately requested a second opinion by a third-party specialist partly due to odor, blood, and swelling from tooth-#3 and surrounding area.

Inmate O. Perry filed grievances related to the August, 2021 assessment and the grievances requested immediate treatment, in order to save tooth-#3, and proof of Hygienist's (M. Hughes and K. Pope) dental certifications in the state of Illinois. Inmate was given notice that he would be placed on a waiting list. However, Inmate O. Perry was not treated until January 6, 2022 by Doctor (Janet Sedlack). Dr. Sedlack evaluated both the 1/6/2022 and 8/2021 X-rays of tooth-#3 and stated treatment "should have been scheduled immediately for the following day, but since nothing was done, the tooth cannot be saved and you also have bone decay in the bone that holds the tooth in place." Doctor Sedlack also noted fistula, root damage, and other complications associated with tooth-#3. Dr. Sedlack asked the inmate why he failed to notify dental staff immediately of the complications of tooth-#3 related to the May 25, 2021 procedure? Inmate O. Perry replied that he utilized sick call, verbal notices, and every means available to him including administrative remedy. K. Pope lied by stating she had not evaluated Inmate O. Perry because he failed to make any request. Next, the computerized dental records were read which established that K. Pope lied on Inmate O. Perry and failed to schedule him A.S.A.P. due to her faulty assessment in August of 2021.

* I, OCEANUS PERRY, CLAIMANT, MADE AFOREGOING STATEMENT UNDER 28 U.S.C. §1746 (PERJURY).
(s) Oceanus Perry (b/o #B57540061) — contin Pg. — DATE DONE: NOVEMBER 1, 2023 A.D.
5-B (con't)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.      **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

DAMAGES (COMPENSATION AND PUNITIVE) IN THE AMOUNT OF $2,000,000.⁰⁰ [TWO MILLION DOLLARS] AGAINST DEFENDANTS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. JURY TRIAL (BY ARTICLE III JUDGE), ATTORNEY FEES. *ANY OTHER REMEDIES THE COURT FINDS APPROPRIATE.

VI.     The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___1ˢᵗ___ day of __November__ 20_23_

_____
(s) Oleanus Perry
(Signature of plaintiff or plaintiffs)

OLEANUS PERRY
(Print name)

65754-061
(I.D. Number)

U.S. PENITENTIARY—COLEMAN 1

P.O. BOX 1033

COLEMAN, FLORIDA 33521
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

FEB 0 4 2022

Administrative Remedy Clerk
USP Thomson

OCEANUS PERRY, 65754-061
THOMSON ADMIN USP     UNT: H-UNIT     QTR: H02=009U
P.O. BOX 1001                              H4-012U
THOMSON,  IL 61285

U. S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

Regional Administrative Remedy Appeal
Part B - Response

Administrative Reedy Number: 1097106-R1

This is in response to your Regional Administrative Remedy Appeal received on December 6, 2021. You allege misconduct by Health Services staff. Specifically, you claim staff have ignored and destroyed your requests for sick call and medical care. For relief, you request consultation with a specialist and monetary damages.

We have reviewed the documentation related to your appeal. Based on this review, we concur with the manner in which the Warden addressed your concerns. You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary. A review of your electronic medical record indicates you have been evaluated on numerous occasions, by different medical providers, regarding both acute and chronic conditions. Specifically, you were evaluated by the provider on August 27, 2021, to address your chronic care needs. At that time, there was no indication for referral to a specialist. Most recently, you were evaluated on November 16, 2021, by the nurse. You were scheduled for further evaluation by the provider. Additionally, you are scheduled for annual Chronic Care Clinic evaluation with the physician in the near future. You are encouraged to discuss your concerns with the physician at that time. An appropriate plan of care will be determined based on evaluation, to include specialty consultation, if indicated. Given this, we shall defer diagnostic and treatment interventions to the Health Services staff at the local level. You are encouraged to report to sick call if you feel your condition requires further evaluation or has worsened.

Monetary damages may not be awarded via the administrative remedy process. If you wish to seek monetary compensation based on the negligence of staff, you must file your claim through the administrative procedures applicable to the basis of your claim (i.e. 31 U.S.C. § 3723 or the Federal Tort Claims Act).

Furthermore, the Bureau of Prisons is committed to our mission of providing inmates essential health care and a safe and humane environment to live. All allegations of staff misconduct are taken seriously. Your allegations have been forwarded to the appropriate department for review. However, the results of the review are not releasable to you.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

01/07/2022
Date

Andre Matevousian, Regional Director

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

~~REMEDY 1097106-F1 RESPONSE IS A TOTAL LIE. (INM. MADE MULTIPLE COMPLAINTS~~

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: PERRY, OCEANUS     65754-061    F-4    ADMIN USP THOM
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

PS 6018.05 **Part A - REASON FOR APPEAL** CONTINUED VIOLATION(S) OF B.O.P. PGM. STMT(S) TITLED "HEALTH SERVICES ADMINISTRATION" AND "HEALTH SERVICES QUALITY IMPROVEMENT ACT". MOST APPAULING IS NURSES (L.BUNGARD AND C. WILMERA) AND EMER. MED. TECS (TROUTMAN AND LECHER) ADMITTED DESTROYING/TRASHING OF INMATE'S SICK-CALL/ MEDICAL REQUEST SUBMITTALS FOR INMATES THAT NAMED STAFF "DON'T LIKE" OR FOR AILMENTS THAT ABOVE NAMED STAFF DEEM "UNIMPORTANT". HEALTH SERV. ADMIN (MS. B. TAYLOR) IS COMPLICIT IN MEDICAL STAFF'S MISCONDUCT BY HER FAILURE TO CORRECT MISBEHAVIOR, ENSURE STAFF'S CERTIFICATION, FOLLOW-UP ON INMATE'S CARE PLAN, AND REMOVE PROBLEMATIC STAFF. AS "AHSA", B. TAYLOR IS FAILING IN HER DUTY TO RECRUIT NEW PERSONNEL TO AID IN STAFF WORK-LOAD. STAFF ROUTINELY USE THE UNACCEPTABLE EXCUSE OF BEING UNDER-STAFFED TO EXPLAIN MY LACK OF TREATMENT FOR PREVIOUSLY DOCUMENTED MEDICAL ISSUES. THE B.O.P. HAS A DUTY TO PROVIDE "ADEQUATE MEDICAL CARE". (SEE TITLE 18 U.S CODE SECTION 4042(a). FURTHERMORE, DENIAL OF NECESSARY MEDICAL CARE IS A VIOLATION OF MY EIGHTH AMENDMENT RIGHT.

NOVEMBER 19, 2021    ※ AS REMEDY SPECIALIST CONSULTATIONS EDANSULER    (S) Oceanus Perry
     DATE      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

 

 

---

     DATE      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE      CASE NUMBER: 1097106-R1

---

**Part C - RECEIPT**

     CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

---

     DATE      SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN      BP-230(13)
     JUNE 2002

209

Issue/Complaint: _Medical_

Staff Initials: _S_

TOM 1330.18D
04/05/2021
Attachment A

UNITED STATES PENITENTARY
THOMSON, ILLINIOS
ADMINISTRATIVE REMEDY: ATTEMPT AT INFORMATION RESOLUTION

Program Statement 1330.18, Administrative Remedy Procedures for Inmates, requires an inmate, in most cases, to make an attempt at informal resolution prior to filing an administrative remedy. An inmate with a complaint should complete the first two sections below and submit the form to a member of the unit team.

NAME: _Perry_                           REGISTER NUMBER: _65754-061_

1.    NATURE OF THE COMPLAINT (List a SINGLE complaint in only the space provided below, continuation pages not authorized)

CONTINUED NEGLECT AND/OR MALPRACTICE. RELATED TO TOOTH (#3) BY THOMSON'S DENTAL STAFF. HEALTH SERV. ADMIN. (Ms.B. TAYLOR) IS CULPABLE FOR FAILURE TO TRAIN AND SUPERVISE DENTAL STAFF (K.POPE, RDH AND M. HUGHES, RDH AND R.VACCARELLO, DDS/NCR AND D.ROSS DMD/BDO AND J.SEDLACK DDS). I GAVE NOTICE AND ALSO REQUESTED TREATMENT OF TOOTH #3 SINCE DECEMBER 20TH, 2021. IN FEB, 2021, M.HUGHES TOOK X-RAY AND D ROSS COSIGNED THAT NO COMPLICATIONS VISIBLE WHICH WAS MISDIAGNOSIS. THE SAME TOOTH BROKE IN MAY 1st OF 2021 DUE TO LACK OF TREATMENT. ON MAY 25, 2021, D. ROSS FAILED TO ADEQUATELY TREAT TOOTH LEADING TO BONE LOSS & INFEC

2.    WHAT RESOLUTION ARE YOU REQUESTING? (Note the staff you have addressed this issue with) ON 8/13/21 AND 8/15/21, POPE AND VACCARELLO IGNORED "PULPITIS, TOOTH DAMAGE, AND FISTULA, I WAS TREATED ON JAN. 6th 2022, BU PROCEDURE LEFT TOOTH PARTICLES IN GUM AND FAILED TO TREAT INFECTION AND BONE DAMAGE/LOSS.
* AS PARTIAL RESOLUTION, IMMEDIATE REMOVAL OF REMAINING PARTICLES, ANTIBIOTICS, AND DISCIPLIN STAFF ACCORDING TO P.S. 3420.11 "STANDARDS OF EMPLOYEE CONDUCT" AND "HEALTH SERV. QUALITY IMPROVEMEN

Inmate Signature: _Perry_                    DATE: _Jan. 18th, 2022_

TO BE COMPLETED BY STAFF MEMBER

3.    RESPONSE (Efforts made to resolve the issue)

See Attached Response from Dental dated 1/24/22

Correctional Counselor: _____        Date: _____

Unit Manager: _____        Date: _1/24/22_

TRACKING

Event Date: _____

Date BP-8 Issued: _1/12/22_

Staff Member/Department
Referred to for Response: _Medical_

Was Issue Resolved (Circle one): Yes / No  (If no issued BP-9)

Event Date Plus 20 Days: _____

Date Returned to Unit Team: _1/19/22_

Date Sent for Response: _1/19/22_

Date Returned to Inmate / BP-9 Issued: _____

Perry
65754-061

January 24, 2022

Administrative Remedy Response
BP-8

This is in response to your request for administration remedy (BP-8) filed on January 19, 2022. You have requested you been seen to have the remaining pieces of your tooth removed and staff receive discipline.

A response was requested from Dental and the response received was: Inmate Perry was seen on 1/28/2021 for a dental x-ray. At that time, it was co-signed remotely and recommended for a filling at the level of Priority 2. The dentist filled it on 5/25/2021. We received a copout 8/10/2021 that the tooth broke. We took updated x-rays 3 days later on 8/13/2021. The dentist co-signed remotely and was recommended for a priority 1 evaluation with the dentist. The inmate was seen for routine care 1/6/2022 where new radiographs were taken, #3 was extracted, and #19 had a filling placed and the inmate received his dental cleaning.

Inmate is on the schedule to be seen again by the dentist to evaluate the healing of the extraction site and take a radiograph. This is common that there may be pieces of the maxillary bone that may be exposed now that the tooth was extracted.

Currently the inmate is in a quarantine range due to Covid-19 and will be seen in the future when the quarantine is lifted.

Allegations of staff misconduct are taken seriously. A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed all staff members are held to a high standard of treating inmates fairly, impartially, and humanely. Mistreatment of inmates is not tolerated. Therefore, the information presented in your Administrative Remedy will be forwarded to the appropriate Bureau of Prisons component for review. However, inmates are not entitled to receive information regarding the outcome of an investigation.

If you are dissatisfied with your response, you may submit a BP-9 in order to request relief from the Warden. Please make sure you submit a copy of this response with your Administrative Remedy (BP-9).

UNIT MANAGER
N
NINK
USP THOMSON

REJECTION NOTICE - ADMINISTRATIVE REMEDY

**RECEIVED**

DATE: FEBRUARY 9, 2022

FEB 1 6 2022

Administrative Remedy Clerk
USP Thomson

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : OCEANUS PERRY, 65754-061
      THOMSON ADMIN USP    UNT: H-UNIT    QTR: H04-012U
      P.O. BOX 1001
      THOMSON,  IL 61285

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1109466-R1      REGIONAL APPEAL
DATE RECEIVED   : FEBRUARY 7, 2022
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                AT THIS LEVEL.

REJECT REASON 2: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR  A COPY
                OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

SENSITIVE ISSUE DUE TO UNIT MGR./NICK THREATS TO SABATAGE TRANSFER DUE TO FILING GRIEVAN

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

*AS REMEDY, TERMINATE ALL NAMED STAFF'S EMPLOYMENT AND CONSULTATION BY HOSPITA

From: PERRY, OCEANUS          65754-061       H-2/H-B      ADMIN/SMU, THOM
LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL** CONTINUED FAILURE TO TRAIN AND ADEQUATELY SUPERVISE DENTAL STAFF (M. HUGHES, K. POPE, DENTIST D. ROSS, et al) ON BEHALF OF WARDEN ANDREW CIOLLI, JR AND HEALTH SERVICES ADMIN (B. TAYLOR). FAILURE TO PERFORM DUTIES TO PROVIDE MEDICA CARE (ACCORDING TO TITLE 18 U.S. CODE 4042 AND BUREAU OF PRISONS PGM STMT "HEALTH SERV. QUALITY IMPROVEMENT) DIRECTLY CAUSED PAIN, PROLONGED SUFFERING AND LOSS OF TOOTH #3 AND BONE MATTER. NORTH CENTRAL REGIONAL DIRECTORS (KREUGER AND VON BLANCKENSEE) ARE LIABLE FOR MY DENTAL COMPLICATIONS BECAUSE I FILED GRIEVANCE IN JUNE OF 2021 FOR SAME TOOTH #3 AND NAMED STAFF FAILURE TO TREAT ME. FOR THE RECOR I MADE DENTAL REQUEST AROUND DECEMBER 20, 2021 FOR TOOTH #3. HOWEVER, DENTAL STAF DID NOT X-RAY MY TOOTH UNTIL FEBURARY OF 2021 WHEN M. HUGHES (DENTAL TECH.) AND DR ROSS CLAIMED NOTHING WAS WRONG WITH THE TOOTH THAT REQUIRED IMMEDIATE TREATMEN ON MAY 1ST, 2021 TOOTH #3 BROKE CAUSING GREAT PAIN, LOSS OF SLEEP, ETCETERA. ON MAY 2 2021 DR. ROSS CONDUCTED MALPRACTICE ON TOOTH #3 WORSENING MY CONDITION. AUGUST 1 2021 K. POPE X-RAYED TOOTH #3 AND CLAIMED NOTHING WRONG W/TOOTH. HOWEVER, TOOTH #3 WA GREATLY INFECTED, FACE AND GUMS WERE SWOLLEN. ON JAN 6, 2022 DR. J. SEDLACK STATED ONLY

JAN. 31, 2022   ROOT CANAL COULD SAVE TOOTH #3 AND        (s) Oceanus Perry
DATE    J. SEDLACK REFUSED TO PERFORM ROOT CANAL SO SHE PULLED SIGNATURE OF REQUESTER THREAT OF DEAT

**Part B - RESPONSE**

RECEIVED
FEB 07 2022
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

_____          _____
DATE                                 REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 1109466 R-1

**Part C - RECEIPT**
                                     CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE                                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

UPN LVN

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Comp/Periodic Exam

| | | |
|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M    Race: BLACK | Facility: TOM |
| Encounter Date: 01/06/2022 12:32 | Provider: Sedlack, Janet DDS, | Unit: H02 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

Pulpitis, K040 - Current

Health Problems Newly Identified During This Encounter:

Health Problem

Pulpitis - Current -

**Allergies:**                              Denied

Occlusion:      Class I

Oral Hygiene:   Poor

CPITN:

| 3 | 1 | 3 |
|---|---|---|
| 3 | 2 | 3 |

Hard and soft tissue examination performed and documented:        Yes

→ Head & Neck/Soft Tissue within normal limits?       Yes

Comments:        fistula on B #3

Decayed:  7        Missing:  2        Filled:  3

Additional Findings:

Comments:

Pain Assessment

COMPLAINT  1        Provider: Sedlack, Janet DDS, CDO

Pain Complaint:    Intermittent Pain

Oral Area:      General Oral

Description:   pain in UR to hot & cold and bump hurts (points to #3).  Also pain 7/10 in LL to hot and cold, not keeping awake at night (points to #19)

**Pain Location:**  Tooth/Teeth

Pain Scale:  5

Pain Qualities:   Sensitivity | Pressure

History of Trauma:

Onset:   Several Months Ago

Duration:

Exacerbating Factors:        temp

Relieving Factors:

Comments:

Additional Findings and Procedures

Dental Anesthesia



# POST SURGICAL INSTRUCTIONS

## DENTAL CLINIC

Administrative U.S. Penitentiary
Thomson, Illinois 61285

Proper care of the mouth following most dental procedures can reduce complications, decrease discomfort, and speed the healing of the surgical area. Keep the following important points in mind.

**1. PROTECT THE BLOOD CLOT...** Maintain gentle pressure by biting the gauze that has been placed over the area. Keep steady, firm pressure for 20 minutes to stop the bleeding. You have been given extra gauze and should use it in the event that bleeding occurs later. Three rules to follow for 3 days to protect the blood clot and prevent a "Dry Socket".

    1) **NO sucking, spitting, or rinsing** drool excess blood or wipe your mouth and no straws

    2) **Low energy, Relax, no exercise or heavy activity**

    3) **No Substances, NO** mouth rinse, tobacco, or bubbles (*pop or whitening toothpaste*)

**2. DISCOMFORT...** Following dental surgery it is normal to experience some discomfort. If medication has been prescribed, take as instructed. **IF PAIN PERSISTS PAST DURATION OF MEDICATION, RETURN TO CLINIC VIA SICK CALL.**

**3. THE TOOTHBRUSH...** You should brush your teeth as usual, except not the surgical area. A clean mouth will promote quicker healing. **Do not use any whitening toothpaste** since hydrogen peroxide is present and will destroy the healing blood clot. Remember, **no spitting** so drool out excess toothpaste and **do not rinse** mouth afterwards.

**4. EATING...** Adequate food and **fluid** intake following surgery and/or extractions is **important**. Consume soft foods as best as possible and avoid chewing on the affected side. Remember, do not drink anything with bubbles, or acids (*pop and juices*) and drink at least **32 ounces of water a day.**

**6. AVOID...** all excessive activity. Don't pick at the surgical area, don't spit, do not eat spicy foods, do not drink HOT liquids, do not consume liquids through a straw, and **REFRAIN FROM SMOKING UNTIL HEALING IS WELL ESTABLISHED (3-4 DAYS).**

**7. SUTURES...** If sutures were used, most likely they were absorbable ones. They dissolve over time. If instructed that the sutures must be removed then come to Dental Sick Call in one week.

**8. SWELLING...** If so advised, gently apply ice to the affected area 20 minutes on, 10 minutes off for **3 days**. This is to be done only during the first 72 hours. After 72 hours, if the swelling persists, have your officer send you back to the dental clinic. ONLY apply moist warm compresses to facilitate faster resolution of bruising and only after 72 hours.

H:\home\dlr\forms\post op.wpd

# Bureau of Prisons
## Health Services
### Dental Soap/Admin Encounter

| | |
|---|---|
| Inmate Name: PERRY, OCEANUS | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M   Race: BLACK   Facility: TOM |
| Encounter Date: 01/28/2021 13:51 | Provider: Hughes, M. RDH   Unit: F02 |

**Reviewed Health Status:** Yes

Sick Call Triage encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1     Provider: Hughes, M. RDH

Chief Complaint:     Toothache

Subjective:   my tooth hurts

**Pain Location:**

Pain Scale:   5

Pain Qualities:   Aching | Dull

History of Trauma:

Onset:   1-4 Weeks Ago

Duration:

Exacerbating Factors:     hot/cold

Relieving Factors:

Comments:

**OBJECTIVE:**

**Dental Findings:**

**Tooth**

**#3**

Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

temp filling? breaking down

**ASSESSMENTS:**

Deferred for Dentist

**PROCEDURE:**

Dental Procedures

**Dental Procedures In Process/Completed During This Encounter**

| **Tooth/Area** | **Procedure** | **Status** |
|---|---|---|
| #3 | Periapical Radiograph | Completed |

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/28/2021 | Counseling | Access to Care | Hughes, M. | Verbalizes Understanding |

Generated 01/28/2021 13:54 by Hughes, M. RDH     Bureau of Prisons - TOM     Page 1 of 2

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|

Inmate Name: PERRY, OCEANUS
Date of Birth: 06/01/1977
Encounter Date: 01/28/2021 13:51

Sex: M          Race: BLACK
Provider: Hughes, M. RDH

Reg #: 65754-061
Facility: TOM
Unit: F02

| Date Initiated  Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|

**Copay Required:** Yes          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Hughes, M. RDH on 01/28/2021 13:54

Requested to be cosigned by Ross, Donald DMD, RDO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/28/2021 13:51 | Provider: | Hughes, M. RDH | Facility: | TOM |

**Cosigned with New Encounter Note by Ross, Donald DMD, RDO on 01/28/2021 14:59.**

# Bureau of Prisons
## Health Services
### Dental Soap/Admin Encounter - Administrative Note

| | | | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | | | |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: BLACK | Facility: | TOM |
| Note Date: | 01/28/2021 14:59 | Provider: | Ross, Donald DMD, RDO | | Unit: | F02 |

**Reviewed Health Status:** Yes

Cosign Note encounter performed at Chart Audit.

**Administrative Notes:**

    ADMINISTRATIVE NOTE   1       Provider:  Ross, Donald DMD, RDO

      Image suggests open margin of #3. Priority 2 with TDY dentist for restoration. Occlusion checked.

**PROCEDURE:**

Dental Procedures

Radiograph(s) Reviewed: yes

### Procedures Added or Updated on the Dental Treatment Plan During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Examination, Limited | Not Started |
| #3-OM | Resin/Glass Ionomer Restoration | Not Started |

**Copay Required:** No       **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Ross, Donald DMD, RDO on 01/28/2021 15:00

## Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M    Race: BLACK | Facility: | TOM |
| Note Date: | 01/28/2021 14:03 | Provider: | Hughes, M. RDH | Unit: | F02 |

**Reviewed Health Status:**   Yes

Administrative Note encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Hughes, M. RDH

has a lingual retainer gave floss threaders to help keep area clean told him he could request more once a month gave him 4 packs today

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Hughes, M. RDH on 01/28/2021 14:05

# Bureau of Prisons
# Health Services
# Dental Routine Care
# Sick Call Follow-up

| | | | | |
|---|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M | Race: BLACK | Facility: | TOM |
| Encounter Date: 05/25/2021 11:57 | Provider: | Hughes, M. RDH | Unit: | F02 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

Health Problems Newly Identified During This Encounter:
  Health Problem

**Allergies:**                    Denied

Additional Findings and Procedures

### Dental Anesthesia

| Type | Location | Amount |
|---|---|---|
| Lidocaine 2% 1:100,000 epinephrine | Middle Superior Alveolar | 1/2 Cartridge |
| Lidocaine 2% 1:100,000 epinephrine | Posterior Superior Alveolar | 1/2 Cartridge |
| Lidocaine 2% 1:100,000 epinephrine | Infiltration | 1 Cartridge |

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| No Medication or OTC items to be Reconciled. | | | | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No Medications to be Reconciled. | | | |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No IVs to be Reconciled. | | | |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

**Disposition:**

  Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/25/2021 | Counseling | Access to Care | Hughes, M. | Verbalizes Understanding |

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: M | Race: BLACK | Facility: | TOM |
| Encounter Date: | 05/25/2021 11:57 | Provider: | Hughes, M. RDH | Unit: | F02 |

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Hughes, M. RDH on 05/25/2021 11:59

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Sick Call Follow-up

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M | Race: BLACK | Facility: | TOM |
| Encounter Date: | 05/25/2021 11:26 | Provider: | Ross, Donald DMD, RDO | Unit: | F02 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

Health Problems Newly Identified During This Encounter:

Health Problem

**Allergies:**  Denied

Pain Assessment

COMPLAINT  1  Provider:  Ross, Donald DMD, RDO

Pain Complaint:  Sensitivity

Oral Area:  #3

Description:

**Pain Location:**

Pain Scale:  4

Pain Qualities:  Sensitivity

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

Additional Findings and Procedures

**PROCEDURE:**

Dental Procedures

Materials Discussed: yes          Radiograph(s) Reviewed:  yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3-OM | Resin/Glass Ionomer Restoration | Completed |
| General | Examination, Limited | Completed |

Comments: Pre-procedural rinse with H2 O2.  RDH administered anaesthetic.  KetacSilver restoration. Occlusion checked.

**Medication Reconciliation.**
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| No Medication or OTC items to be Reconciled. | | | | | |

Generated 05/25/2021 11:49 by Ross, Donald DMD, RDO          Bureau of Prisons - TOM          Page 1 of 2

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M | Race: BLACK | Facility: | TOM |
| Encounter Date: | 05/25/2021 11:26 | Provider: | Ross, Donald DMD, RDO | Unit: | F02 |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
| --- | --- | --- | --- |

No Medications to be Reconciled.

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
| --- | --- | --- | --- |

No IVs to be Reconciled.

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
| --- | --- | --- | --- |

No OTCs to be Reconciled.

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient was informed of today's procedure, benefits and risks were explained, understanding was confirmed, and consent for the procedure and use of local anesthetic was granted prior to care.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 05/25/2021 | Counseling | Oral Hygiene Instructions | Ross, Donald | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Ross, Donald DMD, RDO on 05/25/2021 11:49

Case: 3:24-cv-50161 Document #: 6 Filed: 07/31/24 Page 29 of 43 PageID #:89

# Sick Call

From: Oceanus Perry (# 65754-061)
F-2 unit, Cell #232

Date: 5/10/21

You are on the schedule to be seen by a dentist at one of the upcoming visits. Please purchase medication from commissary.

I have a broken tooth and am in great pain (scale 8 of 10). This is the same upper-right molar that was X-rayed and had me placed on dentist list, but I was never seen/treated. Unfortunately it broke around 5/1/21. * request treatment ASAP and pain killers.

K. Pope, RDH
Health Serv.
AUSP Thomson

# DENTAL REQUEST

FROM: OCEANUS PERRY  } F2/CELL #3

REG. # 65754-061 }

My UPPER RIGHT MOLAR HAS BROKEN
OFE (IN THE GUM). SEVERE PAIN.
I HAVE BEEN ON THE WAITING LIST
SINCE EARLY FEB. OF 2021 FOR SAME TOOTH.
(PRIOR TO BREAK).

HELP!  You are still on the schedule
to be Seen

K. Pope, RDH
Health Serv.
—Thomso.

# Bureau of Prisons
## Health Services
## Dental Health History Screen

| | | |
|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 01/06/2022 12:44 | Provider: Sedlack, Janet DDS, | Unit: H02 |

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:** 01/06/2022 12:44

Health Problems

| Health Problem | Status |
|---|---|
| Myopia | Current |
|     Order new glasses -3/2017 | |
| Varicocele, scrotal varices | Current |
| Allergic rhinitis, cause unspecified | Current |
| Asthma, unspecified | Current |
| Dental caries, unspecified | Current |
| Excessive attrition of teeth, extend into dentine | Current |
| Abrasion of teeth, extending into dentine | Current |
| BPH, Benign Hypertophy of Prostate | Current |
| Hyperlipidemia, unspecified | Current |
|     Given age, race, history of HTN and lipid profile from 7/2019, ASCVD risk between 5-7.5% | |
| Essential (primary) hypertension | Current |
| Pulpitis | Current |
| No Diagnosis | Current |
| Pain, unspecified | Current |
|     chronic testalgia | |
| Prediabetes | Current |
|     Hemoglobin A1C 5.7 (8/11/21) | |
| Injury of wrist, hand and finger(s), unspecified | Current |
|     left side | |
| History of noncompliance with medical treatment | Current |
|     not using albuterol as recommended | |
| Dental restoration status | Current |
| Encounter for general adult medical exam without abnormal findings | Current |
| Coronavirus COVID-19 test negative | Current |
|     ABBOTT Neg 12/14 | |
| Hypothyroidism unspecified | Resolved |
| Other acute pain | Resolved |
|     Toothache | |
| Disturbances of vision | Resolved |
| Hemorrhoids, internal without mention of comp | Resolved |
| External hemorrhoids without mention of comp | Resolved |
| Dental caries extending into dentine | Resolved |
| Fractured restorative material w loss material | Resolved |
|     Restored #15 DO 11/18/15. | |
| Esophageal reflux | Resolved |
| Dyspepsia and other spec disorders (Stomach Pain) | Resolved |
| Other constipation | Resolved |
| Other specified disorder of intestine | Resolved |
|     r/o IBS | |

| Inmate Name: | PERRY, OCEANUS | | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M | Race: BLACK | Facility: | TOM |
| Encounter Date: | 01/06/2022 12:44 | Provider: | Sedlack, Janet DDS, | | Unit: | H02 |

| Health Problem | Status |
|---|---|
| Blood in stool | Resolved |
|     per inmate | |
| Blood in stool | Resolved |
| Hematuria, unspecified | Resolved |
|     refused CT IVP and cystoscopy 9-11-2017 | |
| Acute prostatitis | Resolved |
| Chronic prostatitis | Resolved |
|     history of prostatis. | |
| Epididymitis and orchitis , unspecified | Resolved |
| Penis, Unspecified disorder of penis | Resolved |
|     by hx, lack of sensation in penis. | |
| Hematospermia | Resolved |
| Cellulitis and abscess of other specified sites | Resolved |
|     penis | |
| Shoulder (pain in joint, shoulder region) | Resolved |
| Laxity of ligament | Resolved |
| Tachycardia, unspecified | Resolved |
| Abdominal pain | Resolved |
| Ankle, sprain and strain | Resolved |
| Infectious gastroenteritis and colitis, unspecified | Resolved |
|     suspected salmonella | |
| Deferred | Resolved |
| Hypothyroidism | Resolved |
|     Inmate with a slightly elevated TSH, normal T4 ; repeat negative. Not indicative of Hypothyroidism. Will resolve diagnosis. | |
| Acute pharyngitis, unspecified | Resolved |
| Cough | Resolved |
| Cough | Resolved |
| Pain, unspecified | Resolved |
|     left testicle | |
| Other urinary problems | Resolved |
| Unspecified problems with internal organs | Resolved |
|     ? Hx Rectal pain | |
| Physical restraints status | Resolved |
| Person with feared complaint in whom no diag made | Resolved |
| Other reasons for seeking consultation | Resolved |
| Observation for abuse and neglect | Resolved |
| Dental examination | Resolved |
| Other specified examination | Resolved |
| Unspecified examination | Resolved |
| Encounter for general adult medical exam without abnormal findings | Resolved |

**Medical History as of Dental Health History Encounter date:** 01/06/2022 12:44

**Medical History:**

| | |
|---|---|
| **Allergies:** | Denied |
| **Seizures:** | Denied |
| **Diabetes:** | Denied |

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M  Race: BLACK | Facility: | TOM |
| Encounter Date: | 01/06/2022 12:44 | Provider: Sedlack, Janet DDS, | Unit: | H02 |

| | |
|---|---|
| Other drugs: | No |
| Sensitive teeth: | Yes |
| Bleeding gums: | No |
| Food impaction: | Yes |
| Pain around ear: | No |
| Toothache: | Yes |
| Wear partial dentures: | No |
| Unusual sounds while eating: | No |
| Snoring: | Yes |
| Blisters on lips or mouth: | No |
| Clenching or grinding: | Yes |
| Swelling or lumps in mouth/throat: | Yes |
| Burning tongue: | No |
| Bad breath: | No |
| Decayed teeth: | Yes |
| Loose teeth: | No |
| Wear dentures: | No |
| None: | No |
| Comments: | |
| | |
| Cardiac Condition Requiring Prophylaxis: | No |
| Prosthetic joint(s): | No |
| Radiation history of head or neck: | No |
| Excessive bleeding: | No |
| Bisphosphonates: | No |
| Comments: | |

**Medications as of Dental Health History Encounter date:** 01/06/2022 12:44

Medications:

amLODIPine 10 MG TAB  Exp: 02/27/2022  SIG: Take one tablet (10 MG) by mouth each day
Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT  Exp: 02/27/2022  SIG: **Shake well** Inhale 2 puffs by mouth four times a day as needed for shortness of breath. "Empty container is to be returned for refill"
Atorvastatin 20 MG TAB  Exp: 02/27/2022  SIG: Take one tablet (20 MG) by mouth every night at bedtime
Mometasone Furoate Inhal 220 MCG/Inh [ 30 doses]  Exp: 02/27/2022  SIG: Inhale one puff by mouth at bedtime **rinse mouth after use** "Empty container is to be returned for refill"
Tamsulosin HCl 0.4 MG Cap  Exp: 02/27/2022  SIG: Take one capsule (0.4 MG) by mouth two times a day

OTCs:  Listing of all known OTCs this inmate is currently taking.

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Sedlack, Janet DDS, CDO on 01/06/2022 12:44

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: BLACK | Facility: | TOM |
| Note Date: | 08/15/2021 06:42 | Provider: | Vaccarello, Rick DDS/NCR | | Unit: | F01 |

**Reviewed Health Status:** No

Cosign Note encounter performed at Chart Audit.

**Administrative Notes:**

ADMINISTRATIVE NOTE  1        Provider:  Vaccarello, Rick DDS/NCR MAST Dentist

Remotely reviewing sick call for upper right first molar #3 with deep filling, possibly to close to the pulp causing irreversible pulpitis. Recommend priority 1 to pulp test  evaluate if irreversible then tooth is non restorable since restoration already subgingival with possible biological impingement.

**PROCEDURE:**

Dental Procedures

Radiograph(s) Reviewed:  yes

Procedures Added or Updated on the Dental Treatment Plan During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3 | Examination, Limited | Not Started |
| #3 | Pulp Vitality Testing | Not Started |

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 08/15/2021 06:42 |

**Prescriber Order:**     800 Orally  -  three times a day x 7 day(s) -- Take one tablet by mouth three times daily as needed for pain *Please purchase from commissary when these are gone if needed*

Indication:   Dental caries, unspecified

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 24362-TOM | amLODIPine 10 MG TAB | 08/30/2021 | Take one tablet (10 MG) by mouth each day |
| 24363-TOM | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 08/30/2021 | **Shake well** Inhale 2 puffs by mouth four times a day as needed for shortness of breath. "Empty container is to be returned for refill" |
| 24364-TOM | Atorvastatin 20 MG TAB | 08/30/2021 | Take one tablet (20 MG) by mouth every night at bedtime |
| 24365-TOM | Mometasone Furoate Inhal 220 MCG/Inh [ 30 doses] | 08/30/2021 | Inhale one puff by mouth at bedtime **rinse mouth after use** "Empty container is to be returned for refill" |
| 24366-TOM | Tamsulosin HCl 0.4 MG Cap | 08/30/2021 | Take 2 capsules (0.8 MG) by mouth daily |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

**No IVs to be Reconciled.**

| Inmate Name: | PERRY, OCEANUS | | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M | Race: BLACK | Facility: | TOM |
| Note Date: | 08/15/2021 06:42 | Provider: | Vaccarello, Rick DDS/NCR | | Unit: | F01 |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

Allergies
  No Known Allergies

**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Vaccarello, Rick DDS/NCR MAST Dentist on 08/15/2021 06:47

## Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M    Race: BLACK | Facility: TOM |
| Encounter Date: 08/13/2021 11:41 | Provider: Pope, K. RDH | Unit: F01 |

**Reviewed Health Status:** Yes

Sick Call Triage encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**      Provider: Pope, K. RDH

Chief Complaint:    Broken Tooth

Subjective:    My temp filling I had done a few months ago broke. My tooth hurts really bad.

**Pain Location:** Tooth/Teeth

Pain Scale:    10

Pain Qualities:    Throbbing | Sensitivity

History of Trauma:

Onset:    Several Days Ago

Duration:

Exacerbating Factors:    everything makes it hurt

Relieving Factors:    patient is requesting 800mg ibuprofen.

Comments:

**OBJECTIVE:**

**Dental Findings:**

Tooth

#3

Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

Sensitive to Provoking Stimuli (Clinical Observation/Findings)(yes)

possible some filling material may have chipped off of the mesial. patient is sensitive upon exploration of that area.

**ASSESSMENTS:**

Deferred for Dentist

**PROCEDURE:**

Dental Procedures

Dental Procedures In Process/Completed During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3 | Periapical Radiograph | Completed |

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

To be Evaluated by Provider

**Patient Education Topics:**

| Inmate Name: | PERRY, OCEANUS | | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: M | Race: BLACK | | Facility: | TOM |
| Encounter Date: | 08/13/2021 11:41 | Provider: Pope, K. RDH | | | Unit: | F01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/13/2021 | Counseling | Access to Care | Pope, K. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Pope, K. RDH on 08/13/2021 11:44

Requested to be cosigned by Vaccarello, Rick DDS/NCR MAST Dentist.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 08/13/2021 11:41 | Provider: | Pope, K. RDH | | Facility: | TOM |

**Cosigned with New Encounter Note by Vaccarello, Rick DDS/NCR MAST Dentist on 08/15/2021 06:42.**

# Bureau of Prisons
# Health Services
# Dental Routine Care
# Sick Call Follow-up

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M | Race: BLACK | Facility: | TOM |
| Encounter Date: | 05/25/2021 11:26 | Provider: | Ross, Donald DMD, RDO | Unit: | F02 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**

Health Problems Newly Identified During This Encounter:

Health Problem

**Allergies:**                    Denied

Pain Assessment

COMPLAINT  1            Provider:  Ross, Donald DMD, RDO

Pain Complaint:    Sensitivity

Oral Area:      #3

Description:

**Pain Location:**

Pain Scale:  4

Pain Qualities:    Sensitivity

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

Additional Findings and Procedures

**PROCEDURE:**

Dental Procedures

                    Materials Discussed: yes            Radiograph(s) Reviewed:  yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3-OM | Resin/Glass Ionomer Restoration | Completed |
| General | Examination, Limited | Completed |

Comments: Pre-procedural rinse with H2 O2.  RDH administered anaesthetic.  KetacSilver restoration. Occlusion checked.

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| | | | | | |

No Medication or OTC items to be Reconciled.

Generated 05/25/2021 11:49 by Ross, Donald DMD, RDO        Bureau of Prisons - TOM                Page 1 of 2

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: M | Race: BLACK | Facility: | TOM |
| Encounter Date: | 05/25/2021 11:26 | Provider: | Ross, Donald DMD, RDO | Unit: | F02 |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No Medications to be Reconciled. | | | |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No IVs to be Reconciled. | | | |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient was informed of today's procedure, benefits and risks were explained, understanding was confirmed, and consent for the procedure and use of local anesthetic was granted prior to care.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/25/2021 | Counseling | Oral Hygiene Instructions | Ross, Donald | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ross, Donald DMD, RDO on 05/25/2021 11:49

TRULINCS 65754061 - PERRY, OCEANUS - Unit: TOM-H-B

-----------------------------------------------------------------------------------------------

FROM: 65754061
TO: Dental
SUBJECT: ***Request to Staff*** PERRY, OCEANUS, Reg# 65754061, TOM-H-B
DATE: 02/11/2022 09:14:34 AM

To:
Inmate Work Assignment: smu, H2/HB unit

Re: Failure To Treat Tooth #3 Complications.

I have been filing sick-call request for tooth 3 complications since Dec. 20, 2020. I never received treatment until I filed a BP-228 and 299 grievance against Dentist Ross and Hygenist M. Hughes.  Tooth 3 was treated on May 25, 2021 by Dr. Ross which resulted in my condition worsening due to obvious malpractice.  I filed complaints in August (10th and 13th) about fistula, excessive bleeding and broken tooth particles from tooth 3. I was evaluted by K. Pope and male dental staff (Mr. V...) who stated that they did not see anything wrong with tooth 3 despite my showing them the broken pieces of tooth 3 in my hand and the swelling on the side of my face.  Needless to say I was not treated until Janurary 6, 2022 where K.Pope and M. Hughes denied my ever giving them notice of August of 2021 tooth 3 complications.  However, dental records proved they lied. Most importantly, Dentist (Dr. J.B.) gave me notice that tooth 3 could "not be saved" because of not being treated sooner and thomson USP would not authorize a root canal.  Therefore, I was pressured into signing authorization to extract tooth 3 due to notice of severe "bone loss" and infection at the site of tooth 3. Around Jan. 10,2022, I gave writen and e-mail notice to dental staff that the site of the tooth 3 extraction was infected ,swollen, and had a piece of tooth protroding from the gum. I was never evaluated or treated. Today, Feb. 11 of 2022, I used a dental floss pick and my hand to continually attempt to remove the piece of tooth 3 from my gums. I successfully removed the piece of tooth and immediately the fistula over the gum reduced and puss came out of the gum.  The pain I had suffered since Jan. 6th, 2022 greatly decreased and I think I will now be able to sleep at night.  I feel pshchological trauma knowing I suffered unecessarily and that named dental staff neglected me and committed malpractice.

    I request antibiotics for infection and treatment according to national medical standards associated with my condition. I also would like a copy of all dental staffs current medical accreditation which I am permitted to request according to Bureau of Prisons program statement. Those requested actions and documents can never relieve my pain and suffering, but they are a start!

Thank you.
Oceanus Perry

TO: CLERK OF COURTS
U.S.D.C. (N.D.ILL.)

FROM: OCEANUS PERRY (C/o#65754-061)
U.S.P.-COLEMAN 1
BOX 1033
COLEMAN, FL 33521

RE: CERTIFIED MAIL No. 7022-0410-0000-6630-4832;
NON-RESONCE/ACKNOWLEDGE RECEIPT OF; RESUBMITTIAL.

DEAR CLERK,

I, OCEANUS PERRY, HEREBY RESUBMIT MY NOVEMBER 7, 2023 BIVENS FILING DUE TO THE FACT YOUR OFFICE FAILED TO ACKNOWLEDGE RECEIPT OF PREVIOUSLY.
FOR THE RECORD, I SUBMITTED (ENCLOSED) BIVENS-RELATED TO MY TOOTH (#3) CLAIM AT THE SAME TIME I SUBMITTED CLAIM (CASE No. 23-CV-50414).
PLEASE GIVE NOTICE UPON RECEIPT.

SINCERELY

(S) Oceanus Perry                    DATE: 4/20/24.

Oceanus Perry
Register #65754-061
Federal Corrections Complex -
  United States Penitentiary 1
P.O. Box 1033
Coleman, Florida 33521

CERTIFIED MAIL

9589 0710 5270 0721 7523 46

CLERK'S OFFICE
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
375 South Church Street
Rockford, Illinois 61101

APR 24 2024

SCREENED
APR 29 2024
US MARSHALS

X LEGAL MAIL X